IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-03077-RM-KLM

PRESTON B. HENN, individually, and
BETTY D. HENN, individually,

    Plaintiffs,

v.

FIDELITY NATIONAL TITLE INSURANCE COMPANY, a California Corporation,

    Defendant/Third-Party Plaintiff,

v.

PITKIN COUNTY TITLE, INC.,

    Third-Party Defendant.

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on the parties' **Joint Motion for Modification of Scheduling Order** [Docket No. 43; Filed August 30, 2013] (the "Motion"). On September 19, 2013, the Court held a Scheduling Conference, *see generally* Minute Entry [#47], and entered a new Scheduling Order in this case. *See generally* Scheduling Order [#48]. Accordingly,

    IT IS HEREBY **ORDERED** that the Motion [#43] is **DENIED as moot**.

    Dated:  September 20, 2013