IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-03077-RM-KLM
(Consolidated with Civil Action No. 13-cv-01217-RM-KLM)

PRESTON B. HENN, individually, and
BETTY D. HENN, individually,

    Plaintiffs,

v.

FIDELITY NATIONAL TITLE INSURANCE COMPANY, a California Corporation,

    Defendant/Third-Party Plaintiff,

v.

PITKIN COUNTY TITLE, INC.,

    Third-Party Defendant.

_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on the parties' **Amended Joint Motion to Amend Scheduling Order** [#81][1] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion [#81] is **GRANTED** to the extent it seeks to extend certain deadlines set in the Scheduling Order [#48].[2] The Scheduling Order entered on September 19, 2013 [#48], is amended to extend the following deadlines:

---

[1] "[#81]" is an example of the convention I use to identify the docket number assigned to a specific paper by the Court's case management and electronic case filing system (CM/ECF). I use this convention throughout this Minute Order.

[2] The parties attached a proposed Second Revised Civil Scheduling Order [#81-1] to the Motion for the Court's consideration. However, in the Motion the parties do not indicate a need for a revised scheduling order other than the modification of three deadlines. Therefore, in the interest of judicial economy, the Court is amending the existing Scheduling Order. To the extent the parties determine that a revised scheduling order is necessary, they must file a motion explaining the basis for any such need.

- Affirmative Expert Disclosure Deadline **March 21, 2014**
- Rebuttal Expert Disclosure Deadline **April 17, 2014**
- Fed. R. Evid. 702 Motions Deadline **May 17, 2014**

Dated: February 11, 2014