IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-03077-RM-KLM
(Consolidated with Civil Action No. 13-cv-01217-RM-KLM)

PRESTON B. HENN, individually, and
BETTY D. HENN, individually,

      Plaintiffs,

v.

FIDELITY NATIONAL TITLE INSURANCE COMPANY, a California Corporation,

      Defendant/Third-Party Plaintiff,

v.

PITKIN COUNTY TITLE, INC.,

      Third-Party Defendant.

_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

      This matter is before the Court on **Plaintiffs' Motion for Leave to File Second Amended Complaint** [#77][1] (the "Motion") and on a February 21, 2014 email from counsel for Defendant (the "Email"). In the Email, Defendant's counsel states:

> This is to inform the court that today, February 21, settlement was reached as to the claims of Plaintiffs against Defendant. No resolution has been reached with respect to the third party claims pending against Pitkin County Title."

      IT IS HEREBY **ORDERED** that the Motion [#77], which relates only to the claims between Plaintiffs and Defendant, is **DENIED as moot**.

      Dated: February 24, 2014

---

[1] "[#77]" is an example of the convention I use to identify the docket number assigned to a specific paper by the Court's case management and electronic case filing system (CM/ECF). I use this convention throughout this Minute Order.