IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-03077-RM-KLM
(Consolidated with Civil Action No. 13-cv-01217-RM-KLM)

PRESTON B. HENN, individually, and
BETTY D. HENN, individually,

    Plaintiffs,

v.

FIDELITY NATIONAL TITLE INSURANCE COMPANY, a California Corporation,

    Defendant/Third-Party Plaintiff,

v.

PITKIN COUNTY TITLE, INC.,

    Third-Party Defendant.

_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Defendant/Third-Party Plaintiff's and Third-Party Defendant's **Joint Motion to Amend Scheduling Order** [#96][1] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion [#96] is **GRANTED**.  The Revised Civil Scheduling Order entered on September 19, 2013 [#48], and amended on February 11, 2014 [#85], is further modified to extend the following deadline:

    •    Discovery Cut-Off                                       **April 25, 2014**

    Dated:  April 3, 2014

---

[1] "[#96]" is an example of the convention I use to identify the docket number assigned to a specific paper by the Court's case management and electronic case filing system (CM/ECF).  I use this convention throughout this Minute Order.