**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore**

Civil Action No. 12-cv-03077-RM-KLM
(Consolidated with Civil Action No. 13-cv-01217-RM-KLM)

PRESTON B. HENN, individually, and
BETTY D. HENN, individually,

    Plaintiffs,

v.

FIDELITY NATIONAL TITLE INSURANCE COMPANY, a California
Corporation,

    Defendant and Third-Party Plaintiff,

v.

PITKIN COUNTY TITLE, INC.,

    Third-Party Defendant.

---

**ORDER:
(1) GRANTING JOINT MOTION TO DISMISS COMPLAINT (ECF NO. 110); AND
(2) DIRECTING PARTIES TO PROVIDE STATUS REPORT**

---

THIS MATTER is before the Court on Plaintiffs Preston B. and Betty D. Henn and Defendant/Third-Party Plaintiff Fidelity National Title Insurance Company's Joint Motion to Dismiss Complaint ("Joint Motion") (ECF No. 110), advising the Court they have settled their disputes and requesting the Amended Complaint be dismissed with prejudice, with each party to pay their own costs and attorney's fees.  These parties have also advised that the dismissal of the Amended Complaint will have no effect on the claims pleaded by Defendant/Third-Party

Plaintiff Fidelity against Third-Party Defendant Pitkin County Title, Inc. and those claims remain pending. Upon consideration of the Motion, and the Court file, and being otherwise fully advised, it is hereby

ORDERED the Joint Motion to Dismiss (ECF No. 110) is GRANTED, and the Amended Complaint is dismissed with prejudice, with each party to pay their own costs and attorney's fees;

FURTHER ORDERED that Plaintiffs' Motion for Partial Summary Judgment (ECF No. 52) and Defendant/Third-Party Plaintiff's Motion Pursuant to Fed.R.Civ.P. 56(d) (ECF No. 59) are hereby DENIED as moot;

FURTHER ORDERED that Plaintiffs Preston B. Henn's and Betty D. Henn's names shall be removed from all future filings in this case, and this case will proceed with Third-Party Plaintiff Fidelity National Title Insurance Company's claims against Third-Party Defendant Pitkin County Title, Inc.;

FURTHER ORDERED that Third-Party Defendant's Motion to Amend Scheduling Order (ECF No. 99) is hereby DENIED as moot in light of its subsequently filed (Corrected) Motion to Amend Scheduling Order (ECF No. 100); and

FURTHER ORDERED that on or before **Monday, April 28, 2014**, Third-Party Plaintiff Fidelity National Title Insurance Company and Third-Party Defendant Pitkin County Title, Inc. shall jointly advise the Court of the effect of the settlement between Plaintiffs and Defendant/Third-Party Plaintiff, and the dismissal of the Amended Complaint, on the remaining pending motions: (1) Interested Non-Party The Residences at Little Nell Development LLC's Motion for Protective Order (ECF No. 88); (2) Third-Party Defendant's (Corrected) Motion to

Amend Scheduling Order (ECF No. 100); and (3) Third-Party Defendant's (Corrected) Motion to Allow Two Employee Depositions (ECF No. 107).

DATED this 21st day of April, 2014.

BY THE COURT:

_____
RAYMOND P. MOORE
United States District Judge