IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore

Civil Action No. 12-cv-03077-RM-KLM
(Consolidated with Civil Action No. 13-cv-01217-RM-KLM)

FIDELITY NATIONAL TITLE INSURANCE COMPANY, a California corporation,

    Plaintiff,[1]

v.

PITKIN COUNTY TITLE, INC.

    Defendant.

---

## ORDER

---

THIS MATTER comes before the Court on Plaintiff (formerly Third-Party Plaintiff) Fidelity National Title Insurance Company's ("Fidelity") request for clarification, in its Status Report, concerning the "titles" of the remaining parties in light of the settlement of the original claims between the former plaintiffs and Fidelity. In light of the dismissal of the original claims, and the removal of the name of the original plaintiffs in the caption, it is ORDERED that all future filings with the Court shall be captioned as set forth above, Fidelity shall be referred to as Plaintiff and Pitkin County Title, Inc. shall be referred to as Defendant.

DATED this 1st day of May, 2014.

                        BY THE COURT:

                        _____
                        RAYMOND P. MOORE
                        United States District Judge

---

[1] Originally, Third-Party Plaintiff and Third-Party Defendant, respectively, but now the sole remaining parties who are referred to as Plaintiff and Defendant.