**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore**

Civil Action No. 12-cv-03077-RM-KLM
(Consolidated with Civil Action No. 13-cv-01217-RM-KLM)

FIDELITY NATIONAL TITLE INSURANCE COMPANY, a California corporation,

    Plaintiff,

v.

PITKIN COUNTY TITLE, INC.

    Defendant.

---

## ORDER
---

    This matter is before the Court on Plaintiff/ Judgment Creditor Fidelity National Title Insurance Company's Verified Traverse of Garnishee First Bank's Answer to the Writ of Garnishment and Request for Hearing (ECF No. 365). Judgment Creditor has filed numerous applications for writs of garnishment in this matter, against both Garnishee First Bank and other garnishees. Specifically, with regard to First Bank, Judgment Creditor has filed three applications for writs of garnishment and the Court has issued three writs of garnishment pursuant to those applications. (ECF Nos. 346, 347, 354, 355, 356, 357.) Judgment Creditor specifies that this Traverse relates only to the Third Writ of Garnishment and Garnishee's related Answer (ECF Nos. 357, 359). That writ sought $247,446.49 that Judgment Creditor asserts is held by Garnishee in the account of Judgment Debtor Pitkin County Title, Inc. (ECF No. 357.) Garnishee's answer indicated that it had "No Account" belonging to Judgment Debtor. (ECF No. 359.) After reviewing the same, the Court concludes that Judgment Creditor is entitled to a hearing. It is therefore

(1) ORDERED that a hearing shall be set for **1:00 p.m.** on **December 1, 2021, in Courtroom A601 on the Sixth Floor of the Alfred A. Arraj United States Courthouse located at 901 19th Street, Denver, Colorado**;

(2) ORDERED that the Judgment Creditor Fidelity National Title Insurance Company shall serve Garnishee First Bank with notice of this hearing and shall file a certificate of service with the Court; and

(3) ORDERED that First Bank shall deposit funds in the amount of two hundred forty-seven thousand four hundred and forty-six dollars and forty-nine cents ($247,446.49) into the registry of the United States District Court for the District of Colorado.  That First Bank shall make a check payable to the Clerk of the United States District Court in that amount and cause the check to be delivered to the address of 901 19th Street, Room A-105, Denver, Colorado 80294-3589.

DATED this 3rd day of November, 2021.

BY THE COURT:

_____
RAYMOND P. MOORE
United States District Judge